JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. CV 08-4180-DOC                              Date:  November 18, 2014

Title: THOMAS CLINTON V. R. GREEN, ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

|  |  |
|---|---|
| Deborah Goltz | Not Present |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER DISMISSING CASE
WITHOUT PREJUDICE**

The Court held a Final Pretrial Conference in this matter on November 17, 2014. Plaintiff failed to appear at the hearing without providing notice to the Court. Thus, the Court DISMISSES the case WITHOUT PREJUDICE for want of prosecution. L.R. 41-5.

If Plaintiff wishes to re-open the case, Plaintiff should file a written notice with the Court on or before **December 12, 2014**.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                    Initials of Deputy Clerk:  djg
CIVIL-GEN